CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

SEP 06 2018

JULIA C. DUDLEY, CLERK
BY: /s/ Deputy Clerk

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | |
|---|---|
| **CORDARO A. W. ROWLAND,**<br>Plaintiff, | Civil Action No. 7:18-cv-00391 |
| v. | **DISMISSAL ORDER** |
| **BLEDSOE, et al,**<br>Defendant(s), | By: Michael F. Urbanski<br>Chief United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ORDERED**

that this action is **DISMISSED without prejudice** for plaintiff's failure to comply and the action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send a copy of this Order and the accompanying Memorandum Opinion to plaintiff.

ENTER: This 6th day of September, 2018.

/s/ Michael F. Urbanski
Chief United States District Judge